# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STACEY LYNN LANG | § | |
| | § | Civil Action No. 4:17-CV-752 |
| v. | § | (Judge Schell/Judge Nowak) |
| | § | |
| COMMISSIONER, SSA | § | |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff Stacey Lynn Lang's ("Plaintiff") Motion for Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt. #19) and Commissioner's Response (Dkt. #21), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion for Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt. #19) is **GRANTED**, and the Commissioner is directed to pay six thousand, four hundred thirty-two dollars and seventy-seven cents ($6,432.77) in attorney's fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

SIGNED this the 17th day of June, 2019.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE